UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Jonathan Lee Riches©,
Plaintiff

Civil No:

4:07-4144-MBS-WMC

v.

The Sundance Film Festival, Geoffrey Gilmore,
Defendants

complaint

42USC. Invasion of privacy on me, Defendants bought my cooping righting tape from CNN. A program called "How to Rob a Bank" from May 20th, 2006. Now sundance is going to show me robbing banks without my consent, My civil rights are violated because I can't Attend because I'm Kidnapped at FCI williamsburg in Solitary confinement 24 hours a day. If I leave, I get shot and Killed and Murdered, this is abuse. I seek $15 million

Jonathan Lee Riches©
#40948-018 FCI williamsburg
P.O. Box 340 Salters, S.C. 29590
843-387-9400

Respectfully Submitted

Jonathan Lee Riches©